FILED

MAY 0 8 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Paul Joseph BRYANT JR,<br><br>Defendant. | Case No.: 19MJ1881<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about May 7, 2018, within the Southern District of California, defendant, Paul Joseph BRYANT JR did knowingly and intentionally import 5 kilograms and more, to wit: approximately 27.38 kilograms (60.36 pounds), of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent MATTHEW RHOA
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 8th DAY OF MAY 2018.

_____
HON KAREN S. CRAWFORD
U.S. MAGISTRATE JUDGE

5/7

United States of America
  vs.
Paul Joseph BRYANT Jr.

## PROBABLE CAUSE STATEMENT

I, Special Agent Matthew Rhoa, declare under penalty of perjury, the following is true and correct:

On May 7, 2019, at approximately 10:40 A.M., a Customs and Border Protection Officer (CBPO) canine handler was working his narcotics and human detection dog (NHDD) in the pre-primary area of the San Ysidro, California Port of Entry (POE). While roving, the NHDD alerted to a trained odor emanating from a Dodge Avenger with California plates.

CBPO assigned to Anti-Terrorism Contraband Enforcement team (A-TCET) made contact with the driver and sole occupant who was identified as Paul Joseph BRYANT Jr. by his California birth certificate, BRYANT also verbally confirmed his identity. BRYANT gave two negative declarations and stated he has owned the vehicle for approximately two (2) weeks.

On May 7, 2019, at approximately 10:54 A.M., a CBPO operating the Z-portal X-ray, performed a scan on the Dodge Avenger and noticed an anomaly in the dashboard area.

A CBPO assigned to the vehicle secondary lot conducted a search of the dashboard area and found multiple plastic-wrapped packages concealed inside. The

CBPO located twenty-five (25) packages or "bricks". A random sample of the substance that was field-tested and tested positive for the properties of cocaine.

Homeland Security Investigations (HSI) Special Agents seized a total of $2,833.00 United Stated Dollars (USD) from BRYANT.

BRYANT was arrested and charged with violation(s) of Title 21 USC 952, 960, Unlawful Importation of a Controlled Substance and transported to the Metropolitan Correctional Center in San Diego.